EXHIBIT "A"

```
  INQ00201              ACCOUNT MASTER INQUIRY                2/23/05   08:04:04
Name   O SEAWELL        DONJA          DOB 00000000         EDP# 10041740620
Addr1                                  SS# 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      AM/PM _
Addr2  4630 WORTH ST                  Sps/CM
C/S/Z  PHILADELPHIA      PA 19124 - 3425  Sp SS# 000000000
Hm Ph  999-999-9999  Wk Ph _____ Emplmt                        Collector  1019
                                       Reminder Date   0/00/0000           Ext 2913
Client 10001004 DELL FINANCIAL SERVICES          Client Acct  940054722170017     :00
Claim Amt      916.58     Lst Trans Dte  6/21/04  Lst Pmt/Clnt   5/16/04
Balance      1,050.97     Follow Up Dte  00000000 Promise Amount
Cmp Bal      1,050.97  N Claim Date     6/22/04
Last Pmt        .55-    2/22/05 Type 13  Cls Code 6      Date  2/23/05
Misc    LSE STR:          STS:   Desc 96 96 00 00 00 00 00 00 00 11
Addl Info 9811940054722170017    098   OPND:0TRM:/02 LPS:46.50     Addl Info Y
              Memos                              Cosigner/Insured
94 LEGAL DEPARTMENT NOTES     + 02/23/05  07.51 TWAR  Financial Transactions
00 CLOSING ACCT DUE TO SUIT     02/23/05  07.51 TWAR  02/17/05 13-08      0.55- +
00 COMPLAINT FILED              02/23/05  07.51 TWAR  02/18/05 13-08      0.55-
00 CLOSED BY UFCXTWARD    6     02/23/05  07.54 DLY7  02/21/05 13-08      0.55-
00                                                    02/21/05 13-08      0.55-
04 Hot Call                                           02/22/05 13-08      0.55-
                          Selective Dunning Form
CF1-End CF2-Search Slct CF3-Summary Inq CF4-Screen 2 CF5/23-All Memos/Pmts
CF6-Comp Inq CF7-CMB  CF8/9-Add'l /Skip CF10-Update CF13/14-Pmts CF15-Base Acct
CF16-Dup Addr CF17-Trnsf SPNSH  CF19-INS CF22-Cos/INS  CF24 ST/GL ROLL-Memos
```

Mgr Review  0

Case 2:05-cv-00479-LPL Document 64-1   Filed 06/27/07   Page 3 of 24

INQ00204                    COMPANIONATED MEMO VIEWING
                                                            2/23/05    08:07:20

                   Name . . SEAWELL        DONJA
                   Highlight Memo Type . .   00

| Base | EDP Number | Type | Memo Text | Date | Time | Collector |
|------|-----------|------|-----------|------|------|-----------|
| * | 10-04-174-0620 | 50 | PB/NCOA REQUESTED | 6/22/04 | 16.35.15 | PBOW |
| | | 52 | Sent for Bankruptcy Info | 6/22/04 | 16.41.34 | BKRP |
| | | 50 | PB Rtrn Gd Addr/Addr Crct | 6/22/04 | 16.56.11 | PBOW |
| | | 50 | Zip: 19124-342 | 6/22/04 | 16.56.11 | PBOW |
| | | 86 | LMTC | 6/22/04 | 17.39.47 | SHEN |
| | | 52 | BANKO Return No Update | 6/23/04 | 7.04.27 | BKRP |
| | | 91 | Ntc Snt-CDG1-Debtr | 6/23/04 | 7.07.32 | SYSR |
| | | 00 | DB SD SHE ONLY WORKS | 6/23/04 | 9.20.34 | |
| | | 00 | PART TIME AND IT IS HARD | 6/23/04 | 9.20.41 | |
| | | 00 | FOR HER TO MAKE A BIG PAY | 6/23/04 | 9.20.48 | |
| | | 00 | MENT AND SHE ALSO HAS | 6/23/04 | 9.21.02 | |
| | | 00 | MANY OTHER BILLS TO PAY | 6/23/04 | 9.21.08 | |
| | | 00 | CAUSE SHE WAS OUT OF WORK | 6/23/04 | 9.21.14 | |
| | | 00 | FOR 8 MONTHS BUT SHE WANT | 6/23/04 | 9.21.21 | |
| | | 00 | TO PAY AND WILL TRY TO SN | 6/23/04 | 9.21.30 | |

                                                                        +

   CF1-End   CF4-Acct Scrn    CF6-Comp Inq   CF7-Help   CF23-Payments

COMPANIONATED MEMO VIEWING

2/23/05   08:07:20

```
              Name . . SEAWELL           DONJA
              Highlight Memo Type . .  00
```

| Base | EDP Number | Type | Memo Text | Date | Time | Collector |
|------|-----------|------|-----------|------|------|-----------|
| * | 10-04-174-0620 | 00 | D A GOOD FAITH PAYMENT | 6/23/04 | 9.21.36 | |
| | | 00 | FOR JUNE AND TRY TO SET U | 6/23/04 | 9.21.43 | |
| | | 00 | P ON SETTL FOR JULY | 6/23/04 | 9.21.50 | |
| | | 86 | Spoke To DB/No Promise | 6/23/04 | 9.22.53 | JBUS |
| | | 86 | Busy      Home PH# | 6/23/04 | 9.02.29 | SYSM |
| | | 86 | Busy      Home PH# | 6/23/04 | 9.09.05 | SYSM |
| | | 86 | Busy      Home PH# | 6/23/04 | 9.09.17 | SYSM |
| | | 86 | No Answer | 6/24/04 | 9.23.21 | DJAM |
| | | 00 | 1017 TO 1001 UFCXFKHAN | 6/24/04 | 11.45.41 | *CH* |
| | | 06 | PHONE HOME-SPOKE WITH CUS | 7/01/04 | 16.46.18 | 1001 |
| | | 00 | TLK TO DB GV SIF OFFER | 7/01/04 | 16.48.19 | 1001 |
| | | 00 | AT $641.59 DB SY SHE CNT | 7/01/04 | 16.48.19 | 1001 |
| | | 00 | DO THT TLD HER SHE WLL ND | 7/01/04 | 16.48.19 | 1001 |
| | | 00 | TO SND THE SYSTEM BCK IF | 7/01/04 | 16.48.19 | 1001 |
| | | 00 | SHE CNT PY FOR IT DB SY | 7/01/04 | 16.48.19 | 1001 + |

CF1-End   CF4-Acct Scrn   CF6-Comp Inq   CF7-Help   CF23-Payments

COMPANIONATED MEMO VIEWING

Name . . SEAWELL                    DONJA
Highlight Memo Type . .    00

2/23/05    08:07:20

| Base | EDP Number | Type | Memo Text | Date | Time | Collector |
|------|-----------|------|-----------|------|------|-----------|
| * | 10-04-174-0620 | 00 | SHE WLL TLK TO HER ATTORN | 7/01/04 | 16.48.35 | 1001 |
| | | 00 | EY AND CLL ME BCK | 7/01/04 | 16.48.35 | 1001 |
| | | 01 | PHONE HOME-NA | 7/06/04 | 20.34.22 | 1001 |
| | | 01 | PHONE HOME-NA | 7/06/04 | 20.34.25 | 1001 |
| | | 01 | PHONE HOME-NA | 7/06/04 | 20.34.27 | 1001 |
| | | 01 | PHONE HOME-NA | 7/06/04 | 20.34.29 | 1001 |
| | | 01 | PHONE HOME-NA | 7/06/04 | 20.34.31 | 1001 |
| | | 90 | PTP: 07/31/04 $0064 1.60 | 7/06/04 | 20.34.32 | 1001 |
| | | 02 | PHONE HOME-LMTC | 7/06/04 | 20.35.15 | 1001 |
| | | 95 | CORRESPONDENCE FROM DEBTO | 7/06/04 | 20.35.20 | 1001 |
| | | 00 | DBTR STATES NO CALLS ONLY | 7/15/04 | 13.20.15 | RESH |
| | | 00 | WRITTEN COMMUNICATION | 7/15/04 | 13.20.26 | RESH |
| | | 00 | FRWD TO COLL | 7/15/04 | 13.20.26 | RESH |
| | | 90 | Home Phone:215-533-1879 | 7/15/04 | 13.20.29 | RESH |
| | | | | 7/15/04 | 13.20.37 | RESH + |

CF1-End   CF4-Acct Scrn   CF6-Comp Inq   CF7-Help   CF23-Payments

COMPANIONATED MEMO VIEWING

                                                            2/23/05     08:07:20

Name . . SEAWELL               DONJA
Highlight Memo Type . .   00

| Base | EDP Number | Type | Memo Text | Date | Time | Collector |
|------|-----------|------|-----------|------|------|-----------|
| * | 10-04-174-0620 | 91 | Ntc Snt-CDUM-Debtr | 7/16/04 | 3.49.56 | SYSR |
| | | 00 | 1001 TO 1013 UFCXJAMES | 7/20/04 | 18.33.03 | *CH* |
| | | 00 | 1013 TO 1012 UFCXJAMES | 7/20/04 | 18.40.25 | *CH* |
| | | 00 | 1012 TO 1051 UFCXJAMES | 7/21/04 | 10.43.19 | MASC |
| | | 00 | 1051 TO 1012 UFCXJAMES | 7/21/04 | 11.23.06 | MASC |
| | | 01 | PHONE HOME-NA | 8/07/04 | 8.34.23 | 1012 |
| | | 00 | REQ BROKEN PROMISE LTR TO CUST. | 8/07/04 | 8.35.03 | 1012 |
| | | 00 | | 8/07/04 | 8.35.15 | 1012 |
| | | 91 | Ntc Snt-CDUO-Debtr | 8/08/04 | 4.18.08 | SYSR |
| | | 91 | Ntc Snt-CDR3-Debtr | 8/31/04 | 4.26.04 | SYSR |
| | | 00 | 1012 TO 1013 UFCXJAMES | 9/03/04 | 17.10.52 | *CH* |
| | | 00 | 1013 TO 1013 UFCXJAMES | 9/03/04 | 17.10.53 | *CH* |
| | | 00 | 1013 TO 1019 UFCXJAMES | 9/03/04 | 17.36.14 | *CH* |
| | | 00 | 1019 TO 1038 UFCXJAMES | 9/08/04 | 11.03.28 | *CH* |
| | | 01 | PHONE HOME-NA | 9/13/04 | 16.06.55 | 1038 + |

CF1-End   CF4-Acct Scrn   CF6-Comp Inq   CF7-Help   CF23-Payments

INQ00204                  COMPANIONATED MEMO VIEWING
                                                           2/23/05    08:07:20

            Name . . SEAWELL              DONJA
            Highlight Memo Type . .    00

| Base | EDP Number | Type | Memo Text | Date | Time | Collector |
|------|-----------|------|-----------|------|------|-----------|
| * | 10-04-174-0620 | 91 | Ntc Snt-CDAR-Debtr | 9/23/04 | 4.43.41 | SYSR |
| | | 00 | 1038 TO 0436 UFCXJAMES | 10/01/04 | 8.37.23 | *CH* |
| | | 50 | PB/NCOA REQUESTED | 10/07/04 | 9.03.30 | PBOW |
| | | 50 | PB Rtrn- No Change | 10/07/04 | 9.21.03 | PBOW |
| | | 91 | Ntc Snt-CDJA-Debtr | 10/07/04 | 10.15.53 | SYSR |
| | | 00 | 0436 TO 1019 UFCXJAMES | 10/19/04 | 14.54.22 | *CH* |
| | | 94 | LEGAL DEPARTMENT NOTES | 2/23/05 | 7.51.31 | TWAR |
| | | 00 | CLOSING ACCT DUE TO SUIT | 2/23/05 | 7.51.58 | TWAR |
| | | 00 | COMPLAINT FILED | 2/23/05 | 7.51.58 | TWAR |
| | | 00 | CLOSED BY UFCXTWARD    6 | 2/23/05 | 7.54.55 | DLY7 |

CF1-End   CF4-Acct Scrn   CF6-Comp Inq   CF7-Help   CF23-Payments

EXHIBIT "B"

INQ00201 Case 2:05-cv-00479-LP ACCOUNT MASTER INQ 06/27/07 Page 9 of 24 1/06 16:50:13

```
Name   O JEFFERSON        LORETTA        DOB 00000000           EDP# 10041740333
Addr1                                   Cell:              SS# 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  AM/PM
Addr2  309 EARL ST                            Sps/CM
C/S/Z  MCCOMB           MS 39648 - 5041  Sp SS# 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        Collector  1019
Hm Ph  601-684-6907 Wk Ph _____    Emplmt SSI                       Ext 2906
                                  Score:       Reminder Date  0/00/0000      :00
Client 10001004 DELL FINANCIAL SERVICES              Client Acct  940059627590011
Claim Amt   1,471.38   Lst Trans Dte  6/21/04   Lst Pmt/Clnt 11/21/03
Balance     1,656.42   Follow Up Dte 00000000   Promise Amount _____
Cmp Bal     1,656.42   N Claim Date   6/22/04   Cls Code 3   Date   2/07/05
Last Pmt        .81-   2/04/05 Type 13  Desc 96 99 96 00 00 00 00 00 73 00
Misc    LSE STR:         STS:     OPND:OTRM:/02 LPS:54.85            Addl Info Y
Addl Info 98119400059627590011   098
                    Memos                        Cosigner/Insured
                                              Financial Transactions
02 PHONE HOME-LMTC      + 11/17/04 16.22 1001   01/31/05 13-08      0.81- +
02 PHONE HOME-LMTC        11/22/04 13.25 1001   02/01/05 13-08      0.81-
00 1001 TO 1019 UFCXCSAVOY 01/05/05 08.05 *CH*  02/02/05 13-08      0.81-
85 CLOSED RECALLED/CANCELLED 02/07/05 09.31 SYSM 02/03/05 13-08     0.81-
00                                              02/04/05 13-08      0.81-
06 Good Number            Selective Dunning Form ___       Mgr Review  6
CF1-End CF2-Search Slct CF3-Summary Inq CF4-Screen 2 CF5/23-All Memos/Pmts
CF6-Comp Inq CF7-CMB  CF8/9-Add'l /Skip CF10-Update CF13/14-Pmts CF15-Base Acct
CF16-Dup Addr CF18-Add'l DMGRP  CF19-INS CF22-Cos/INS  CF24 ST/GL ROLL-Memos
```

Name . . JEFFERSON          LORETTA
Highlight Memo Type . .    00

| Base | EDP Number | Type | Memo Text | Date | Time | Collector |
|------|-----------|------|-----------|------|------|-----------|
| * | 10-04-174-0333 | 50 | PB/NCOA REQUESTED | 6/22/04 | 16.35.16 | PBOW |
| | | 52 | Sent for Bankruptcy Info | 6/22/04 | 16.41.34 | BKRP |
| | | 50 | PB Rtrn-Gd Addr/Addr Crct | 6/22/04 | 16.56.17 | PBOW |
| | | 50 | 309 EARL STREET | 6/22/04 | 16.56.17 | PBOW |
| | | 50 | City: MCCOMB,MS | 6/22/04 | 16.56.17 | PBOW |
| | | 50 | Zip: 39648- | 6/22/04 | 16.56.17 | PBOW |
| | | 00 | 1013 TO 1037 UFCXFKHAN | 6/22/04 | 18.38.06 | *CH* |
| | | 52 | BANKO Return No Update | 6/23/04 | 7.04.27 | BKRP |
| | | 91 | Ntc Snt-CDG1-Debtr | 6/23/04 | 7.07.33 | SYSR |
| | | 05 | PHONE HOME-DISC | 6/23/04 | 18.20.08 | 1037 |
| | | 51 | Sent to Telematch/Phone | 6/24/04 | 6.55.13 | TMAT |
| | | 51 | TMATCH Return Phone | 6/24/04 | 10.35.16 | TMAT |
| | | 00 | 1037 TO 1039 UFCXFKHAN | 6/24/04 | 11.43.42 | *CH* |
| | | 90 | Home Phone:601-249-0358 | 6/25/04 | 8.58.12 | |
| | | 28 | Wrong Number | 6/25/04 | 8.58.16 | KLEE + |

**CF1-End   CF4-Acct Scrn   CF6-Comp Inq   CF7-Help   CF23-Payments**

INQ00204    COMPANION MASTER MEMO INQUIRY    11/06    16:50:24

Name . . JEFFERSON          LORETTA
Highlight Memo Type . .  00

| Base | EDP Number | Type | Memo Text | | Date | Time | Collector |
|------|-----------|------|-----------|--|------|------|-----------|
| * | 10-04-174-0333 | 28 | No Answer | 6012490358 | 6/25/04 | 8.58.16 | SYSM |
| | | 01 | PHONE HOME-NA | | 6/28/04 | 12.36.16 | 1039 |
| | | **00** | **ACCOUNT NEED SKIP** | | **6/28/04** | **12.38.18** | 1039 |
| | | 10 | Addr: 1208   WITCERMAN  ST | | 7/12/04 | 12.29.38 | TUSC |
| | | 10 | Work Phone: 0 | | 7/12/04 | 12.29.38 | TUSC |
| | | 10 | Emply: | | 7/12/04 | 12.29.38 | TUSC |
| | | 10 | TU SCORE: +552 | | 7/12/04 | 12.29.38 | TUSC |
| | | 90 | Work Phone:601-249-2432 | | 7/13/04 | 15.21.44 | 1039 |
| | | 08 | PHONE POE-NA | | 7/13/04 | 15.22.01 | 1039 |
| | | **00** | **CLL POE DISCO** | | **7/13/04** | **15.22.11** | 1039 |
| | | 19 | MANUAL SKIP TRACE ATTEMPT | | 7/13/04 | 20.46.58 | 1039 |
| | | 90 | Home Phone: | | 7/13/04 | 20.47.19 | 1039 |
| | | 91 | Ntc Snt-CDUM-Debtr | | 7/16/04 | 3.49.56 | SYSR |
| | | 90 | Home Phone:601-249-2432 | | 7/19/04 | 20.37.39 | |
| | | 28 | Wrong Number | | 7/19/04 | 20.37.40 | KLEE + |

CF1-End   CF4-Acct Scrn   CF6-Comp Inq   CF7-Help   CF23-Payments

Name . . JEFFERSON          LORETTA
Highlight Memo Type . .   00

| Base | EDP Number | Type | Memo Text | Date | Time | Collector |
|------|-----------|------|-----------|------|------|-----------|
| * | 10-04-174-0333 | 28 | No Answer        6012492432 | 7/19/04 | 20.37.41 | SYSM |
| | | 00 | 1039 TO 1013 UFCXJAMES | 7/20/04 | 18.34.38 | *CH* |
| | | 00 | 1013 TO 1037 UFCXJAMES | 7/20/04 | 18.40.25 | *CH* |
| | | 05 | PHONE HOME-DISC | 7/23/04 | 14.36.44 | 1037 |
| | | 44 | SEND TO MANAGER FOR REVIE | 7/27/04 | 13.43.42 | 1039 |
| | | 19 | MANUAL SKIP TRACE ATTEMPT | 7/27/04 | 13.43.58 | 1039 |
| | | 01 | PHONE HOME-NA | 7/27/04 | 13.44.17 | 1039 |
| | | 90 | Home Phone: | 7/27/04 | 13.45.42 | 1039 |
| | | 90 | Work Phone: | 7/27/04 | 13.45.42 | 1039 |
| | | 28 | No Answer | 7/31/04 | 10.33.14 | SOYE |
| | | 28 | No Answer        Home PH# | 7/31/04 | 10.33.14 | SYSM |
| | | 86 | LMTC | 8/02/04 | 17.26.42 | RWOO |
| | | 90 | Work Phone:601-249-0358 | 8/03/04 | 18.47.18 | 1027 |
| | | 91 | Ntc Snt-CDUO-Debtr | 8/08/04 |  4.18.09 | SYSR |
| | | 86 | No Answer        Home PH# | 8/23/04 | 12.06.11 | SYSM + |

**CF1-End    CF4-Acct Scrn    CF6-Comp Inq    CF7-Help    CF23-Payments**

Name . . JEFFERSON        LORETTA
Highlight Memo Type . .    00

| Base | EDP Number | Type | Memo Text | | Date | Time | Collector |
|------|-----------|------|-----------|--|------|------|-----------|
| * | 10-04-174-0333 | 86 | No Answer | Home PH# | 8/23/04 | 14.58.51 | SYSM |
| | | 86 | No Answer | Home PH# | 8/24/04 | 17.26.17 | SYSM |
| | | 86 | No Answer | Home PH# | 8/24/04 | 20.12.07 | SYSM |
| | | 86 | No Answer | Home PH# | 8/27/04 | 8.10.58 | SYSM |
| | | 86 | No Answer | Home PH# | 8/27/04 | 8.39.07 | SYSM |
| | | 86 | No Answer | Home PH# | 8/27/04 | 14.24.00 | SYSM |
| | | 86 | No Answer | Home PH# | 8/28/04 | 9.10.55 | SYSM |
| | | 91 | Ntc Snt-CDR3-Debtr | | 8/31/04 | 4.26.05 | SYSR |
| | | 00 | 1037 TO 1013 UFCXJAMES | | 9/03/04 | 17.11.50 | *CH* |
| | | 00 | 1013 TO 1019 UFCXJAMES | | 9/03/04 | 17.36.14 | *CH* |
| | | 86 | No Answer | Home PH# | 9/03/04 | 9.06.39 | SYSM |
| | | 86 | No Answer | Home PH# | 9/03/04 | 10.51.00 | SYSM |
| | | 00 | 1019 TO 1039 UFCXJAMES | | 9/08/04 | 11.03.27 | *CH* |
| | | 86 | No Answer | Home PH# | 9/09/04 | 10.53.12 | SYSM |
| | | 86 | No Answer | Home PH# | 9/10/04 | 10.47.05 | SYSM + |

CF1-End   CF4-Acct Scrn   CF6-Comp Inq   CF7-Help   CF23-Payments

Case 2:05-cv-00479-DPP Document 64-1 Filed 06/27/07 Page 14 of 24

Name . . JEFFERSON          LORETTA
Highlight Memo Type . .   00

| Base | EDP Number | Type | Memo Text | | Date | Time | Collector |
|------|------------|------|-----------|---|------|------|-----------|
| * | 10-04-174-0333 | 86 | No Answer | Home PH# | 9/10/04 | 11.43.50 | SYSM |
| | | 86 | No Answer | Home PH# | 9/16/04 | 11.16.16 | SYSM |
| | | 86 | No Answer | Home PH# | 9/16/04 | 13.26.24 | SYSM |
| | | 86 | No Answer | Home PH# | 9/20/04 | 12.43.42 | SYSM |
| | | 86 | No Answer | Home PH# | 9/20/04 | 13.01.18 | SYSM |
| | | 91 | Ntc Snt-CDAR-Debtr | | 9/23/04 | 4.43.42 | SYSR |
| | | 01 | PHONE HOME-NA | | 9/28/04 | 18.19.09 | 1039 |
| | | 00 | **1039 TO 1019 UFCXJAMES** | | **10/04/04** | **20.18.45** | ***CH*** |
| | | 50 | PB/NCOA REQUESTED | | 10/07/04 | 9.03.29 | PBOW |
| | | 50 | PB Rtrn- No Change | | 10/07/04 | 9.21.00 | PBOW |
| | | 91 | Ntc Snt-CDJA-Debtr | | 10/07/04 | 10.16.10 | SYSR |
| | | 00 | **1019 TO 1001 UFCXJAMES** | | **10/11/04** | **14.43.38** | ***CH*** |
| | | 91 | Ntc Snt-CDCB-Debtr | | 10/15/04 | 4.58.01 | OPMA |
| | | 28 | No Answer | | 10/14/04 | 8.47.02 | MARY |
| | | 28 | No Answer | Home PH# | 10/14/04 | 8.47.02 | SYSM + |

CF1-End   CF4-Acct Scrn   CF6-Comp Inq   CF7-Help   CF23-Payments

INQ00204                          COMP DICTIONATED MEMO ACTIVITY              10/11/06    16:50:24

Name . . JEFFERSON                    LORETTA
Highlight Memo Type . .   00

| Base | EDP Number | Type | Memo Text | | Date | Time | Collector |
|------|------------|------|-----------|--|------|------|-----------|
| * | 10-04-174-0333 | 29 | No Answer | Home PH# | 10/21/04 | 11.17.38 | SYSM |
| | | 29 | No Answer | Home PH# | 10/21/04 | 9.17.23 | SYSM |
| | | 29 | No Answer | Home PH# | 10/28/04 | 9.37.32 | SYSM |
| | | 29 | No Answer | Home PH# | 10/28/04 | 11.15.30 | SYSM |
| | | 29 | No Answer | Home PH# | 11/03/04 | 9.06.56 | SYSM |
| | | 29 | Busy | Home PH# | 11/09/04 | 15.36.09 | SYSM |
| | | 29 | No Answer | Home PH# | 11/09/04 | 13.37.59 | SYSM |
| | | 29 | No Answer | Home PH# | 11/15/04 | 15.07.07 | SYSM |
| | | 02 | PHONE HOME-LMTC | | 11/17/04 | 16.22.40 | 1001 |
| | | 02 | PHONE HOME-LMTC | | 11/22/04 | 13.25.51 | 1001 |
| | | 00 | 1001 TO 1019 UFCXCSAVOY | | 1/05/05 | 8.05.11 | *CH* |
| | | 85 | CLOSED RECALLED/CANCELLED | | 2/07/05 | 9.31.17 | SYSM |

CF1-End   CF4-Acct Scrn   CF6-Comp Inq   CF7-Help   CF23-Payments

EXHIBIT "C"



## FREY·PETRAKIS
## DEEB·BLUM
## & BRIGGS

A T T O R N E Y S   A T   L A W

December 8, 2006

**VIA HAND DELIVERY**
James A. Francis, Esquire
Francis & Mailman
100 South Broad Street
19th Floor
Philadelphia, PA 19110

Reply To:

PHILADELPHIA

1601 Market Street
Suite 2600
Philadelphia, PA 19103
(215) 563-0500
Fax: (215) 563-5532

10 Melrose Avenue
Suite 430
Cherry Hill, NJ 08003
(856) 216-2322
Fax: (856) 216-2392

15 North Shore Road
Marmora, NJ 08223
(609) 390-0127
Fax: (609) 390-0244

www.fpdb.com

      **RE:   Donja Seawell, et al   vs. Universal Fidelity Corporation
      CIVIL ACTION NO. 05-0479**

Dear Mr. Francis:

     Enclosed please find documents that the Defendant reserves the right to introduce at the time of trial.  These documents are the credit history documents for each of the class members.  Although none of your previous discovery requests directly address the documents, Defendant produces these documents in the spirit of Rule 26.

     If you have any questions, please do not hesitate to contact me.

                    Very truly yours,

                    NORMAN W. BRIGGS

NWB/krt
Enclosure

EXHIBIT "D"

LAW OFFICES

# FRANCIS & MAILMAN

A PROFESSIONAL CORPORATION

LAND TITLE BUILDING, 19TH FLOOR
100 SOUTH BROAD STREET
PHILADELPHIA, PA 19110
215-735-8600
FAX: 215-940-8000
WWW.CONSUMERLAWFIRM.COM
EMAIL: INFO@CONSUMERLAWFIRM.COM

December 13, 2006

*Via Facsimile*
Norman W. Briggs, Esquire
Frey, Petrakis, Deeb, Blum,
Briggs & Mitts, PC.
1601 Market Street
Suite 2600
Philadelphia, PA 19103

### Re: *Seawell v. Universal Fidelity Corporation, No. 05-479*

Dear Mr. Briggs:

This is in response to your letter to Jim Francis dated December 8, 2006 and your document production of the same date. In a matter were you have previously represented the Defendant could not identify class members, we are shocked with the thousands of pages of documents that you produced on Friday allegedly relating to the credit history of class members, and including detailed information about them and their account history. Contrary to what you say in your letter of the 8th, we do not find the production to be either in the spirit or to the letter of Rule 26. It goes without saying that we reserve the rights to object to the introduction of any of these documents at trial.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

JOHN SOUMILAS

JS/lap

EXHIBIT "E"



FREY·PETRAKIS
DEEB·BLUM
& BRIGGS

ATTORNEYS AT LAW

December 15, 2006

Reply To:

**PHILADELPHIA**
1601 Market Street
Suite 2600
Philadelphia, PA 19103
(215) 563-0500
Fax: (215) 563-5532

10 Melrose Avenue
Suite 430
Cherry Hill, NJ 08003
(856) 216-2322
Fax: (856) 216-2392

15 North Shore Road
Marmora, NJ 08223
(609) 390-0127
Fax: (609) 390-0244

www.fpdb.com

**VIA TELECOPIER AND ORDINARY MAIL**

John Soumilas, Esquire
Francis & Mailman
100 South Broad Street
19th Floor
Philadelphia, PA  19110

    **RE:**    **Donja Seawell, et al  vs. Universal Fidelity Corporation**
              **CIVIL ACTION NO. 05-0479**

Dear Mr. Soumilas:

    This letter is in response to your correspondence of December 13, 2006.  Unfortunately, your letter completely misrepresents the procedural history and discovery in this case.

    The class action comprises 321 individuals who received the same letter and letterhead as you client did bearing the date of September 23, 2004.  These class members were identified pursuant to the class certification depositions that were conducted on November 9, 2006.  After those depositions, you requested the Court to certify that the "class" be the 321 individuals who received a similar letter with a date of September 23, 2006 and a similar letterhead that your client received.

    Similar to the credit history for the named Plaintiff, Donja Seawell, which was produced in August 2005, the document production of December 8, 2006 merely represents the credit history for the 321 class members identified.   Please advise the specific document request or interrogatory that Plaintiff previously propounded that ever asked for the credit history of any of these class members.   More importantly, please identify how the production of these credit history document at this time some how prejudice your client's alleged claim or case in chief.

FREY PE 'AKIS DEEB BLUM & B IGGS, P.C.

John Soumilas, Esquire
December 15, 2006
Page 2

     If you which to discuss that further, please do not hesitate to contact me.

                              Very truly yours,

                              NORMAN W. BRIGGS

NWB/krt

**EXHIBIT "F"**



ATTORNEYS AT LAW

May 30, 2007

John Soumilas, Esquire
Francis & Mailman
100 South Broad Street
19th Floor
Philadelphia, PA 19110

Reply To:

PHILADELPHIA

1601 Market Street

Suite 2600

Philadelphia, PA 19103

(215) 563-0500

Fax: (215) 563-5532

10 Melrose Avenue

Suite 430

Cherry Hill, NJ 08003

(856) 216-2322

Fax: (856) 216-2392

15 North Shore Road

Marmora, NJ 08223

(609) 390-0127

Fax: (609) 390-0244

www.fpdb.com

**RE:    Donja Seawell, et al  vs. Universal Fidelity Corporation**
**CIVIL ACTION NO. 05-0479**

Dear Mr. Soumilas:

As you know a Pre-Trial Conference was scheduled for today, May 30, 2007 at 10:00 AM. I enclose a copy of the Notice that we received from the Court, which identifies the date and the time. We will await a new date for the Pre-Trial Conference.

The case will be listed for trial at some point in the next few months. Nevertheless, Defendant Universal Fidelity Corporation wants to specify its objections to various witnesses and exhibits listed in your Pre-Trial Memorandum pursuant to Rule 26(a)(3).

Your Pre-Trial Memorandum identifies certain corporate representatives of NCO Financial Systems, Inc., Arrow Financial Services, LLC and Academy Collection Services, Inc. (witnesses 10 through 12 on your Pre-Trial Memorandum). Apparently, these individuals will authenticate certain sample debt collection letters from these other debt collection services. (Exhibits P11 through P16) Defendant objects to these witnesses, and more particularly, the sample debt collection letters because of relevance. The issue is this case is whether the letterhead utilized by my client was misleading or deceptive. Sample debt collection letters used by other third party debt collectors has no bearing on that issue.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

NORMAN W. BRIGGS

NWB/krt
Enclosure
cc:    James Francis